**Order entered July 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00344-CV

**HELEN RYERSON, Appellant**

**V.**

**THE CITY OF PLANO, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02111-2020**

### ORDER

City of Plano's Notice of Urgent Circumstances and Request for Expedited Ruling on City of Plano's Motion to Dismiss for Mootness is **DENIED AS MOOT**.

/s/    DENNISE GARCIA
       JUSTICE